JACKLIN CHOU LEM (Cal. Bar No. 255293)
MAY LEE HEYE (Cal. Bar No. 209366)
HOWARD J. PARKER (Wash. Bar No. 07233)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102-3478
Tel: (415) 436-6660; Fax: (415) 436-6687
jacklin.lem@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 11-0599 RS |
| v. | STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED SENTENCING UNDER L.R. 32-1(b) |
| SABRY LEE (U.S.A.), INC., | |
| Defendant. | DATE: September 20, 2011<br>TIME: 2:30 pm<br>COURT: Hon. Richard Seeborg |

On August 30, 2011, the United States filed a one-count Information charging defendant Sabry Lee (U.S.A), Inc. ("Sabry Lee") with participating in a conspiracy to suppress and eliminate competition by fixing the prices of aftermarket auto lights sold in the United States and elsewhere, in violation of the Sherman Antitrust Act, 15 U.S.C. § 1. Sabry Lee is scheduled for a change of plea and possible sentencing on September 20, 2011. Sabry Lee will waive Indictment and plead guilty under Fed. R. Crim. P. 11(c)(1)(C). The United States and Sabry Lee have filed a Joint Sentencing Memorandum describing the material terms of the plea agreement and the agreed-upon recommended sentence. The Plea Agreement has been attached as Exhibit A to the Joint Sentencing Memorandum. The United States has also filed under seal the Declaration of

Jacklin Chou Lem in Support of United States' and Defendant Sabry Lee's Joint Sentencing Memorandum ("Lem Declaration").

IT IS HEREBY STIPULATED AND AGREED as follows:

The United States and Sabry Lee request that the Court sentence Sabry Lee on an expedited basis pursuant to Crim. L.R. 32-1(b) on September 20, 2011, the same date as the scheduled change of plea hearing. The United States and Sabry Lee respectfully submit that the Joint Sentencing Memorandum, the Lem Declaration, and the Plea Agreement provide sufficient information for the Court to exercise its sentencing authority meaningfully without a presentence report.

Dated: Sept. 6, 2011

Respectfully submitted,

_____
Brian J. Hennigan
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4267
Counsel for Sabry Lee (U.S.A.), Inc.

_____
Jacklin Chou Lem
May Lee Heye
Howard J. Parker
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Antitrust Division
(415) 436-6660

Based on the stipulation of the parties, and for good cause shown,

**IT IS SO ORDERED.**

Dated: 9/7, 2011

_____
Honorable Richard Seeborg
United States District Court Judge

-2-

STIPULATION AND [PROPOSED] ORDER
FOR EXPEDITED SENTENCING, CR 11-0599 RS